**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RIGO BARRAZA, *et al.,* | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-14-1218 |
| | § |
| CARLTON-REED ELECTRIC, INC., *et al*, | § |
| | § |
| Defendants. | § |

**ORDER**

All parties to this case consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c). This case is transferred to United States Magistrate Judge Mary Milloy.

SIGNED on September 19, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge